1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| MICHAEL SISKA, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, a Washington municipal corporation,<br><br>                Defendant. | CASE NO. 12-5589 RJB<br><br>ORDER ON JOINT MOTION TO AMEND CASE SCHEDULE |

     This matter comes before the Court on the parties' Joint Motion to Amend the Case Schedule by Continuing the Trial Date and Resetting all Associated Pretrial Dates. Dkt. 18.

     The parties have shown good cause for a modification of the case schedule. The trial date should be reset to January 21, 2014, and an amended case schedule should issue.

     **IT IS SO ORDERED**.

     The Clerk is directed to issue an amended case schedule.

1     The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2 to any party appearing *pro se* at said party's last known address.

3     Dated this 10th day of May, 2013.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ON JOINT MOTION TO AMEND CASE
SCHEDULE- 2