1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9              AT TACOMA

10

11  MICHAEL SISKA, an individual,              CASE NO. 12-5589 RJB

12              Plaintiff,                     ORDER ON JOINT MOTION TO
                                               AMEND CASE SCHEDULE
13         v.

14  PIERCE COUNTY, a Washington
    municipal corporation,
15
                Defendant.
16
        This matter comes before the Court on the parties' Joint Motion to Amend the Case
17
    Schedule by Continuing the Trial Date and Resetting all Associated Pretrial Dates. Dkt. 18.
18
        The parties have shown good cause for a modification of the case schedule. The trial
19
    date should be reset to January 21, 2014, and an amended case schedule should issue.
20
        **IT IS SO ORDERED**.
21
        The Clerk is directed to issue an amended case schedule.
22

23

24

ORDER ON JOINT MOTION TO AMEND CASE
SCHEDULE- 1

1  The Clerk is directed to send uncertified copies of this Order to all counsel of record and

2  to any party appearing *pro se* at said party's last known address.

3  Dated this 10th day of May, 2013.

ROBERT J. BRYAN
United States District Judge